

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause numbers:     01-17-00871-CR

Style:     Billy R. Strahan v. The State of Texas

Date motion filed*:     February 12, 2018

Type of motion:     Motion to Abate the Appeal and Remand to the Trial Court for a

Determination of Appellant's Right to Appeal or in the Alternative

Motion to Extend Time to File Appellate Brief

Party filing motions:     Appellant's appointed counsel, Daucie Schindler

Document to be filed:     Appellant's brief

Is appeal accelerated?     No.

If motion to extend time:

Original due date:     February 12, 2018

Number of extensions granted:     0     Current Due Date: February 12, 2018

Date Requested:     N/A (30 days from the filing of the SCR)

Ordered that motion is:

☑ Granted, in part
    If document is to be filed, document due: March 19, 2018.
☐ Denied
☑ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _Appellant's motion to abate the appeal is **dismissed** as moot because a compliant supplemental clerk's record attaching a certification of appellant's right of appeal was filed on February 9, 2018. Appellant's alternative motion for an extension of time to file his brief is **granted** until 30 days from the date of this Order.

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually     ☐ Acting for the Court
Date: February 15, 2018